UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAEL AL-LAMI,<br><br>    Plaintiff,<br><br>  v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>    Defendants. | Case No. 18-cv-06604-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Wael Al-Lami filed the complaint on October 30, 2018. It appears that the summons and complaint have not yet been served on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than February 6, 2019 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants.

**IT IS SO ORDERED.**

Dated: January 30, 2019



Donna M. Ryu
United States Magistrate Judge